OPPOSITION TO EX-PARTE APPLICATION
MOTION TO DISMISS WITH PREJUDICE
MOTION TO STRIKE


Andrew Watters broke into my home and stole my computers, cell phones, printers and other equipment in order to prevent me from accessing the courts.

He files his improper, un-noticed ex-parte application (there is no irreparable harm, there is no exigent circumstances, indeed the only urgent circumstances and immediate harm are befalling me.) specifically because he knows I am a pro-per litigant, and will have a difficult time opposing it in time as I had not yet registered for electronic filing.   Mr. Watters is engaged in a campaign to commit criminal acts to deny me access to the courts.   Mr Watters did not meet and confer with me - because he does not want to give me an opportunity to appear in court.

Everything in his ex-parte application is a lie.  I am not an incompetent person, I am a lesbian who was not interested in having sex with him, this made him angry. I am an Italian citizen, and a Lady of Glencoe (Scottland).  My title is real, if fairly ordinary for the country where any landowner in a region has such title.

He is bipolar, diagnosed by a psychiatrist, completely obsessed with me, and off his meds.  He should not be a lawyer, and the court should act.   In addition, he worked as my own lawyer for a time and should not be representing clients against me, nor should he be making up false accusations against me because he did not get he what he wanted out of me sexually.

He should be stopped.  Please your honor, stop him!

I have not had a chance to brief my removal, which is based on joinder - Watters already filed this action and 4 duplicates of it in Federal courts, and this case is part of those cases as it has identical nexus.   I need to fully brief all of this, and in order to do that, I need my computers, printers, home office, etc.

The court should deny Mr. Watters ex-parte, and issue an order competing Watters and his associates/clients/conspirators/disbarred-lawyers, etc to turn over all property belonging to me that they have seized, in any county.

Please see the attached exhibits submitted in support of my opposition and motion for dismissal with prejudice.

I apologize for the improper format, my ability to access the courts is severely degraded at this time, and I cannot guarantee that I will have continued access. As such, I'd also like to ask the court to continue all matters indefinitely until all of my property is returned to me and he repudiates the extortion website.

Thank you.
-Lady Benjamin Cannon, A.S.C.E.