Exhibit "A"



# Exhibit "B"

**From:** Daniel Berko daniel@berkolaw.com
**Subject:** Fw: Ben Cannon/6x7 Networks
**Date:** March 26, 2022 at 9:36 AM
**To:** Lady Benjamin Cannon lb@6by7.net

FYI

**From:** Andrew G. Watters <andrew@andrewwatters.com>
**Sent:** Saturday, March 26, 2022 9:35 AM
**To:** Daniel Berko <daniel@berkolaw.com>; Carlos Jato <cgjato@jato-law.com>
**Subject:** Ben Cannon/6x7 Networks

Hi guys,

I saw that you filed a large lawsuit (CGC-21-597259) against several defendants in connection with purported breaches of contract and other claims arising out of the fake telecom company 6x7 Networks, LLC. Incidentally, 6x7 Networks, LLC is "FTB Forfeited" with the Secretary of State, and the other LLC's that Ben claims to run simply do not exist.

In case you don't have my lengthy writeup on Ben and 6x7 already, here you go:

https://www.andrewwatters.com/hall-of-shame/6x7/

Somehow, Ben has been able to convince several attorneys to help her with her cases over the years. In most of these situations, the lawyers end up withdrawing or simply not doing anything in the cases. Example, my civil trial with Ben concerning the above is set for this Monday the 28th, and Ben's lawyer is planning a last-minute withdrawal that I learned of about five days before the trial. Ben has a separate lawsuit against one of her customers in SF Superior Court for millions of dollars in which nothing has happened in almost a year and it's headed toward dismissal for lack of prosecution.

Separately, your client has lately been writing the NANOG (North American Network Operators Group) mailing list with some concerning messages that make it sound like she is posing as a global telecom influencer. She writes these under the moniker "Lady Benjamin Cannon of Glencoe," purporting to speak from a position of superior knowledge when the vast majority of NANOG mailing list members have actual and more significant telecom experience. Ben has been criticized for spamming the list with self-promotion as well.

In any case, I read your first amended complaint in the new case, and I'm shaking my head. To say that Charles and the other defendants are transphobic-- and making transphobia the centerpiece of your legal theories-- is absolutely shameful. Charles has been nothing but considerate and respectful of Ben's gender identity, even in our private conversations. In my own experience, I was also kind and respectful of Ben's preference and pronouns, even though she was (as of mid-2020) merely a transvestite and had no apparent intention of having the

merely a transvestite and had no apparent intention of having the surgery. I still use her pronouns and respect her identity even though I steadfastly refuse to use her fake royal title.

I also want to note that Ben has repeatedly claimed on fee waiver applications and elsewhere that she is indigent and unable to afford counsel, yet she recently certified in discovery responses prepared by you in another case that she makes around $81,000 per month-- apparently because she is claiming wage loss and found it convenient to claim that figure. But anyway, someone who makes $81,000 per month does not squat in a storage shed (see video on my web page) that doesn't even have a bathroom-- and that has a garden hose discharging her wastewater into a public storm drain (separate video). This is ridiculous, guys!

Finally, Ben is currently trying to scam the Ukrainian government in connection with the Ukraine war. I'm in the process of gathering documentation from the folks who have reached out to me about that, and it will be added to my writeup soon.

I am not writing on behalf of any of the defendants in your new case or seeking anything in particular. I am simply writing as a fellow attorney who thinks you are enabling her and that you might want to reconsider the latest case before Ben's fraudulent scheme gets any bigger. I fully expect that at least Charlie and Rena will file a 128.7 motion and bounce your complaint, if they so desire, but I leave that to their eventual counsel.

Please let me know if you have any questions.

Best,

Andrew Watters

--
Andrew G. Watters
andrew@andrewwatters.com
+1 (415) 261-8527
https://www.andrewwatters.com

# Exhibit "C"



19 August 2020

**Lady Benjamin Philip Diaz Cannon**

Please find enclosed your Disposition (certificate of sale) for plot A494759 confirming you now own a highland estate in The Highland Titles Nature Reserve at Duror, near Glencoe.

It is my hope that you enjoy the experience of being a landowner as much as the land itself, and that you feel part of our community.

At the heart of our community is the Nature Reserve at The Highland Titles Nature Reserve at Duror, near Glencoe. Landowners visit in their thousands each year, often taking advantage of our meet and greet service which has become an official tourist attraction. Details can be found by typing www.link.ht/visit into your web browser. We are immensely proud of the nature reserve, which TripAdvisor ranks as the most popular nature reserve in Scotland.

If you decide to visit your plot, it is important to everyone at Highland Titles that you enjoy your stay. To that end, we have partnered with a variety of local service providers who will be glad to offer you preferment when you visit. Full details of these privileges can be found at www.link.ht/privileges.

Even if you do not intend to visit your plot, you can view some photographs of the estate at www.link.ht/photos and follow our Facebook page at www.link.ht/follow.

I very much hope that owning a piece of Scotland is something that will give you a sense of pride, and would like to take this opportunity to thank you for helping to conserve Scotland, one square foot at a time.

*Welcome to our Community!*

Plot     A494759

Registration Code     ed7dc2

If you are receiving this as a gift, you will need to register your plot in the Highland Titles Land Registry in order to enjoy your land to the full. Please visit www.link.ht/claimen and follow the instructions.

Director                    Secretary

You can now make use of our free App in order to fully appreciate your land (see instructions: https://link.ht/app)

HIGHLAND TITLES, PO BOX 7059, ROYBRIDGE, PH31 4WA, SCOTLAND

TELEPHONE 01397 294974 SUPPORT@HIGHLANDTITLES.COM

Highland Titles is a limited company registered in Alderney, No. 1599, and is wholly owned by the Highland Titles Charitable Trust for Scotland, which is a charity registered in Guernsey, Charity Number CH444



19 August 2020

**Lady Benjamin Philip Diaz Cannon**

Please find enclosed your Disposition (certificate of sale) for plots A494759 and B132639 confirming you now own a highland estate in The Highland Titles Nature Reserve at Duror, near Glencoe, Scotland and Mountainview, Lochaber.

It is my hope that you enjoy the experience of being a landowner as much as the land itself, and that you feel part of our community.

At the heart of our community is the Nature Reserve at The Highland Titles Nature Reserve at Duror, near Glencoe. Landowners visit in their thousands each year, often taking advantage of our meet and greet service which has become an official tourist attraction. Details can be found by typing www.link.ht/visit into your web browser. We are immensely proud of the nature reserve, which TripAdvisor ranks as the most popular nature reserve in Scotland.

If you decide to visit your plots, it is important to everyone at Highland Titles that you enjoy your stay. To that end, we have partnered with a variety of local service providers who will be glad to offer you preferment when you visit. Full details of these privileges can be found at www.link.ht/privileges.

Even if you do not intend to visit your plots, you can view some photographs of the estate at www.link.ht/photos and follow our Facebook page at www.link.ht/follow.

I very much hope that owning a piece of Scotland is something that will give you a sense of pride, and would like to take this opportunity to thank you for helping to conserve Scotland, one square foot at a time.

*Welcome to our Community!*



Plot    B132639

Registration Code    051634

If you are receiving this as a gift, you will need to register your plot in the Highland Titles Land Registry in order to enjoy your land to the full. Please visit www.link.ht/claimen and follow the instructions.



Director                Secretary

You can now make use of our free App in order to fully appreciate your land (see instructions: https://link.ht/app)

HIGHLAND TITLES, PO BOX 7059, ROYBRIDGE, PH31 4WA, SCOTLAND

TELEPHONE 01397 294974 SUPPORT@HIGHLANDTITLES.COM

Highland Titles is a limited company registered in Alderney, No. 1599, and is wholly owned by the Highland Titles Charitable Trust for Scotland, which is a charity registered in Guernsey, Charity Number CH444



# Lady of Glencoe

**CERTIFICATE OF SALE AND DISPOSITION**

This contract of sale, in respect of Glencoe Wood, Keil Hill, in the Parish of Lismore and Lordship of Lorne (ROS ARG14245), is made on the 19th day of August in the year 2020 between Highland Titles Limited, a Company registered in Alderney 1599 and

## Lady Benjamin Philip Diaz Cannon

(hereinafter called "THE LADY"), Highland Titles, PO Box 7059, Roybridge, PH31 4WA, Scotland



Whereas Highland Titles has set out part of the estate known as GLENCOE WOOD, HIGHLAND, SCOTLAND as a scheme of souvenir plots and has caused a common form of conveyance to be prepared.

Highland Titles has agreed with THE LADY for the sale of one square foot of Glencoe Wood, Keil Hill, which for the purpose of identification is plot number A494759, and is precisely defined as a plot one foot by one foot with the south west corner of the said plot resting on the Ordnance Survey Reference point 197412600 753568900 and is hereinafter referred to as "THE PLOT".

THE PLOT forms part of the estate identified as ALL and WHOLE the plot of ground and being the subjects more particularly described in and recorded in the General Register of Sasines (Book 839 Folio 103-107) and forming ALL and WHOLE the four merkland of old extent of Kilcolmkill or Keill and others lying in Duror.

**NOW THIS DEED WITNESSETH as follows: -**

Highland Titles, in CONSIDERATION of all sums due and paid to us by THE LADY of which we acknowledge receipt and discharge her HAVE SOLD and DO HEREBY DISPONE to and in favour of THE LADY and to her executors and assignees all and whole THE PLOT but without rights of vehicular access thereto over the larger subjects; reserving those rights of vehicular access to Highland Titles and its successors in title of the larger subjects and all others authorised by it; WITH ENTRY as at the above date. This deed shall be governed by the Law of Scotland.

THE LADY hereby covenants with Highland Titles that THE LADY and successors in title shall not sell the plot number A494759 except as a whole, specifically not in such a way that it could be registered or owned in separate titles or in separate ownerships.

In witness whereof Highland Titles has affixed its common seal at the place and on the date above mentioned.



Director 19 August 2020



Secretary 19 August 2020



# Lady of Lochaber

**CERTIFICATE OF SALE AND DISPOSITION**

This contract of sale, in respect of Mountainview, Lochaber, forming part of the Lands and Estates of Ardochy, (ROS INV32526) is made on the 19th day of August in the year 2020 between Highland Titles Limited, a Company registered in Alderney 1599 and

## Lady Benjamin Philip Diaz Cannon

(hereinafter called "THE LADY"), Highland Titles, PO Box 7059, Roybridge, PH31 4WA, Scotland



Whereas Highland Titles has set out part of the estate known as MOUNTAINVIEW, SCOTLAND as a scheme of souvenir plots and has caused a common form of conveyance to be prepared.

Highland Titles has agreed with THE LADY for the sale of B132639, a ten square foot plot of Mountainview, defined as a plot three point three foot by three point three foot with the SW corner resting on the Ordnance Survey point 219333000 805666000 and is hereinafter referred to as "THE PLOT".

THE PLOT forms part of the estate identified as ALL and WHOLE the ground and being the subjects more particularly described in and recorded in the Registers of Scotland, Land Register Title Number INV32526 and forming part of the Estates of Ardochy.

Highland Titles has additionally agreed to gift THE LADY A494759, a one square foot plot of Glencoe Wood, Keil Hill, defined as a plot one foot by one foot with the SW corner resting on the Ordnance Survey point 197412600 753568900.

**NOW THIS DEED WITNESSETH as follows: -**

Highland Titles, in CONSIDERATION of all sums due and paid to us by THE LADY of which we acknowledge receipt and discharge her HAVE SOLD and DO HEREBY DISPONE to and in favour of THE LADY and to her executors and assignees all and whole THE PLOT but without rights of vehicular access hereto over the larger subjects; reserving those rights of vehicular access to Highland Titles and its successors in title of the larger subjects and all others authorised by it; WITH ENTRY as at the above date. This deed shall be governed by the Law of Scotland.

THE LADY hereby covenants with Highland Titles that THE LADY and successors in title shall not sell the plot number B132639 except as a whole, specifically not in such a way that it could be registered or owned in separate titles or in separate ownerships.

In witness whereof Highland Titles has affixed its common seal at the place and on the date above mentioned.



Director 19 August 2020



Secretary 19 August 2020



# Exhibit "D"



Exhibit "E"



Exhibit "F"



Exhibit "F"



# Exhibit "H"



# Exhibit "I"

 

FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers | Find People

## FCC Registration

FCC > FCC Registration                                                    < FCC Site Map

### FRN Registration

 Return to FCC Registration Home

Thank you for registering with the FCC. As of today, **Mar 18 2020 4:29AM**, you have been assigned the following FCC Registration Number (FRN): **0029335189**. Please print this page for your records.

**Domestic Business Registration**

| | | | |
|---|---|---|---|
| Business Type: | Private Sector | Subtype: | Limited Liability Corporation |
| Business Name: | 6x7 Telecom, LLC | | |
| EIN: | 830969232 | | |

**Contact Information**

| | | | |
|---|---|---|---|
| Organization: | | Position: | CEO |
| Salutation: | Ms | First Name: | Ben |
| Middle Initial: | | Last Name: | Cannon |
| Suffix: | | | |
| Address Line 1: | 5030 3rd st | Address Line 2: | |
| City: | San Francisco | State: | CALIFORNIA |
| Zip Code: | 94124 | Phone: | 707 235 8663 |
| Fax: | | Email: | ben@6by7.net |

**Personal Security Question**

PSQ:      Mother's maiden name

To better secure your personal information, the FCC no longer displays your Password or Personal Security Answer.

Amateurs, Aircraft, Marine, Antenna Structure Registration (ASR), and any other service licensed through the Universal Licensing System (ULS) should click on the following link to access ULS and associate their call sign(s) with their new FRN and password. Existing call signs must be associated with an FRN before you can file in ULS.

- Universal Licensing System

To visit another FCC site, follow the links below:

- Auctions
- Call Sign Reservation and Authorization System

# Exhibit "J"



# Exhibit "M"

**From:** **Sean Snyder** angelrock@pm.me
**Subject:** Re: Steve's investment
**Date:** June 18, 2019 at 10:48 PM
**To:** Ben Cannon ben@6by7.net, Stephen Russell Sgrussell@pm.me, angelrock@pm.me



Ben,

It was a pleasure to meet you this evening at The Battery.

I look forward to working with you. I think we can deal in the perimeters discussed tonight:

> Steve being granted 9% of 6x7 Networks, LLC as an Advisor at nominal strike price to minimize tax impact.
> Then, Steve investing $1mm (worth of Uber Technologies, Inc.) into 6x7 Networks, Inc. at $100mm valuation to "mark" the round and open it up to another $9mm +/-.

At the end of the day, Steve wants to own 10% to make it worth his while and I believe that is fair given the $, connections, and effort.

Agreed? Do you want me to work with your attorney to get it papered?

Regards,

Sean


Angel Rock Advisors
415-305-9555

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, June 18, 2019 12:07 PM, Sean Snyder <angelrock@pm.me> wrote:

> Steve said you guys agreed to the $1mm in Uber stock for 10% (inclusive of advisor shares). $100mm valuation is simply a non-starter and 1% is not enough of a stake for him to be involved.
>
> Sean
>
> Angel Rock Advisors
> 415-305-9555
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Tuesday, June 18, 2019 11:45 AM, Ben Cannon <ben@6by7.net> wrote:
>
>> Hey Sean! I think this will be the time we move to a C Corp structure! Given the timeline of nov - I'd like to push back on the valuation and do 1% for $1m - we've got non insubstantial hard assets - and we're not going to do a venture round with this, it's past that point in the company's life, but the 100m valuation is going to be key to obtaining the debt (I will eventually 20-yr finance most capital construction, which will be mostly fiber cables and tens/hundreds of millions of dollars worth, and then datacenter physical assets.) we ultimately want with the banks. Lmk your thoughts. I've got a balance sheet showing approx $260m - of course this stuff is hard to value. But here's another way: https://www.datacenterknowledge.com/archives/2010/06/02/digital-realty-buys-365-main-sites-for-725m
>>
>> -Ben
>>
>> On Jun 18, 2019, at 9:55 AM, Sean Snyder <angelrock@pm.me> wrote:
>>
>>> Hi Ben,
>>>
>>> Steve told me that you two came to terms for him to acquire 10% of 6x7 Networks for a $1mm block of Uber stock.
>>>
>>> I can handle the paperwork for the stock side of that trade as I have a forward contract (stock is locked up until mid-Nov). Do you want to put me in touch with your attorney to figure out what needs to be done on the LLC side?
>>>
>>> Or, if you have plans to become a C-Corp, this would be the time to do it perhaps.
>>>
>>> Regards,
>>> Sean
>>>
>>> Angel Rock Advisors
>>> 415-305-9555